IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE FRANK "CHIP" MAY,
and JENNIFER A. GRUBER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellants,

v.

CASE NO. 1D08-6340

COASTLINE EAST
CORPORATION d/b/a ICF
CONSTRUCTION COMPANY,
a Florida corporation;
WINDWARD ENTERPRISES,
INC., a Florida corporation;
LAJOS HORVATH; H & L
CONSTRUCTION
CORPORATION, a Florida
corporation; GABOR SZILAGYI;
and SARITA MAY,

Appellees.

_____/

Opinion filed January 2, 2015.

An appeal from the Circuit Court for Duval County.
Frederick B. Tygart, Judge.

Thomas S. Edwards, Jr., of Edwards & Ragatz, P.A., Jacksonville, for Appellant Jennifer A. Gruber; and Terry D. Bork, of Law Office of Terry D. Bork, Jacksonville, for Appellant George Frank "Chip" May.

Gust G. Sarris, of Keystone Law Group, P.L., Orange Park, for Appellee Lajos Horvath, H & L Construction Corporation; and Lisa Disalle of Rolfe & Lobello,

Jacksonville, for Appellee Coastline East Corporation d/b/a ICF Construction Company.

PER CURIAM.

Upon consideration of the responses to this Court's order to show cause dated November 21, 2014, this case is DISMISSED as moot.

PADOVANO, ROWE, and SWANSON JJ., CONCUR.